UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00178-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LONNIE HAMES JR., | ) | |
| | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on an undated, *pro se* letter from defendant postmarked the day before defendant's Supervised Release Violation hearing. Such letter was not received in chambers until June 10, 2015, one day before the Judgment (#624) on defendant's supervised release violation was entered. In such letter, defendant seeks leniency from the court and asks that he be "taken of[f] probation," which the court interprets to be a request that no further supervised release be imposed. As stated at the hearing and reflected in the Judgment, no further supervision was imposed on defendant as part of such Judgment. Despite the court's late receipt of such letter, the court has fully considered the letter and finds nothing in the letter that is either inconsistent with representations made to the court at the hearing or that would alter the court's Judgment.

## ORDER

**IT IS, THEREFORE, ORDERED** that to the extent defendant's Letter (#625) seeks relief from the court that is different than the Judgment (#624) imposed, such relief is denied.

Signed: June 16, 2015



Max O. Cogburn Jr
United States District Judge